U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR - 7 2014

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-cr-00344(05) |
|---|---|---|
| VERSUS | * | JUDGE FOOTE |
| HEIKE SLATTERY(05) | * | MAG. JUDGE HANNA |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, along with any objections filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Heike Slattery(05), and adjudges him guilty of the offense charged in Count Two of the Superseding Indictment against him.

IT IS FURTHER ORDERED that this matter will be set for sentencing, at the court's earliest, available setting.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 3rd day of April, 2014.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE